

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-22-00332-CV**

_____

**IN RE STEPHANIE WILLIS**

_____

**Original Proceeding**

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 96146D**

_____

## MEMORANDUM  OPINION

_____

Stephanie Willis's Petition for Writ of Mandamus, filed on October 12, 2022, is

denied.  TEX. R. APP. P. 52.8(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed October 26, 2022
[OT06]

